No. 75. UNITED STATES *v.* SCHNEER'S ATLANTA, INC.

Argued January 15–16, 1957. Decided January 21, 1957. *Per Curiam:* The judgment of the Court of Appeals is reversed and the judgment of the United States District Court for the Northern District of Georgia is reinstated. Defense Production Act of 1950, § 706 (b), 64 Stat. 817, 50 U. S. C. App. § 2156 (b). *Samuel D. Slade* argued the cause for the United States. With him on the brief were *Solicitor General Rankin, Assistant Attorney General Doub* and *B. Jenkins Middleton. M. H. Blackshear, Jr.* argued the cause and filed a brief for respondent.

No. 153, Misc. GONZALEZ *v.* UNITED STATES.

*Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. In light of the memorandum of the Solicitor General and upon our consideration of the entire record, the order is vacated and the cause is remanded to the Court of Appeals for consideration on the merits as a timely appeal under the Federal Rules of Civil Procedure. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.